MILTON v OAKLAND COUNTY BOARD OF AUDITORS. (Docket No. 56196.) Leave to appeal is considered and, it appearing to this Court that the cases of *Deziel v Difco Laboratories, Inc* (Docket No. 54825), *Bahu v Chrysler Corporation* (Docket No. 54879), and *MacKenzie v General Motors Corporation* (Docket No. 55072) are presently pending on appeal before this Court and that the decision in those cases may be decisive of the issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *Deziel v Difco Laboratories, Inc, Bahu v Chrysler Corporation,* and *MacKenzie v General Motors Corporation. Levine &*

*Benjamin, P. C.,* for plaintiff-appellant. *Franklin, Petrulis & Lichty, P. C.,* for defendants-appellees. Reported below: 54 Mich App 429.